IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01124-WYD-KLM

WHITNEY THORNTON,

    Plaintiff,

v.

PROFESSIONAL DEBT MEDIATION, INC., a Florida corporation,

    Defendant.

## ORDER

THIS MATTER is before the Court on plaintiff, Whitney Thornton's, Notice Of Dismissal With Prejudice [ECF No. 7], filed on July 15, 2013.  After careful review of the file, the Court concludes that pursuant to Rule 41(a)(1)(A)(i) of the FEDERAL RULES of CIVIL PROCEDURE, this action should be dismissed with prejudice.  Accordingly, it is

ORDERED that the above captioned case is **DISMISSED WITH PREJUDICE**.  Each party shall bear its own attorney fees and costs.

Dated: July 16, 2013.

                                      BY THE COURT:

                                      /s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      Senior U.S. District Judge